PHI GAMMA DELTA CLUB v. UNITED
STATES.
No. M–398.

Court of Claims.
Dec. 4, 1933.

142

G. F. Snyder, of Washington, D. C., for plaintiff.

Fred K. Dyar, of Washington, D. C., and Frank J. Wideman, Asst. Atty. Gen. (Charles B. Rugg, Asst. Atty. Gen., on the brief), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

This case is controlled by the decision of this court in the case of Union League Club of Chicago v. United States, 4 F. Supp. 929, decided November 6, 1933.